# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code        A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code        B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 662 | Bank of Bird in Hand |
| 415 | Bank of Landisburg (The) |
| **664** | **BANK UNITED, NA** |
| 642 | BB & T Company |
| 501 | BELCO Community Credit Union |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| **392** | **BRENTWOOD BANK** |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |

**Bank Code        C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 16 | CBT Bank, a division of Riverview Bank |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |

| | |
|---|---|
| 660 | Clarion FCU |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| **647** | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

**Bank Code        D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code        E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| **541** | **ENTERPRISE BANK** |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code        F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| **343** | **FIDELITY SAVINGS & LOAN ASSOCIATION OF BUCKS COUNTY** |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |

| | |
|---|---|
| 667 | First Federal Bank of the Midwest |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| 604 | First Priority Bank, a division of Mid Penn Bank |
| **592** | **FIRST RESOURCE BANK** |
| 657 | First United Bank & Trust |
| 408 | First United National Bank |
| 151 | Firstrust Savings Bank |
| 416 | Fleetwood Bank |
| 175 | FNCB Bank |
| 291 | Fox Chase Bank |
| 241 | Franklin Mint Federal Credit Union |
| 639 | Freedom Credit Union |
| **58** | **FULTON BANK, NA** |

**Bank Code          G.**

| | |
|---|---|
| 499 | Gratz Bank (The) |
| 498 | Greenville Savings Bank |

**Bank Code          H.**

| | |
|---|---|
| 402 | Halifax Branch, of Riverview Bank |
| 244 | Hamlin Bank & Trust Company |
| 362 | Harleysville Savings Bank |
| 363 | Hatboro Federal Savings |
| 463 | Haverford Trust Company (The) |
| 606 | Hometown Bank of Pennsylvania |
| 68 | Honesdale National Bank (The) |
| 350 | HSBC Bank USA, NA |
| **364** | **HUNTINGDON VALLEY BANK** |
| 605 | Huntington National Bank (The) |
| 608 | Hyperion Bank |

**Bank Code          I.**

| | |
|---|---|
| 365 | InFirst Bank |
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |

**Bank Code          J.**

| | |
|---|---|
| 70 | Jersey Shore State Bank |
| 127 | Jim Thorpe Neighborhood Bank |
| 488 | Jonestown Bank & Trust Company |
| 659 | JPMorgan Chase Bank, NA |
| **72** | **JUNIATA VALLEY BANK (THE)** |

**Bank Code          K.**

| | |
|---|---|
| 651 | KeyBank NA |
| 414 | Kish Bank |

**Bank Code          L.**

| | |
|---|---|
| 554 | Landmark Community Bank |
| 542 | Linkbank |
| 78 | Luzerne Bank |

**Bank Code          M.**

| | |
|---|---|
| 361 | M & T Bank |
| 386 | Malvern Bank, NA |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars Bank |
| 43 | Marysville Branch, of Riverview Bank |
| 367 | Mauch Chunk Trust Company |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 610 | Meridian Bank |
| 420 | Meyersdale Branch, of Riverview Bank |
| **294** | **MID PENN BANK** |
| **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 457 | Milton Savings Bank |
| **596** | **MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)** |
| **484** | **MUNCY BANK & TRUST COMPANY (THE)** |

**Bank Code        N.**

| | |
|---|---|
| 433 | National Bank of Malvern |
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |
| 636 | Noah Bank |
| 638 | Norristown Bell Credit Union |
| 666 | Northern Trust Co. |
| 439 | Northumberland National Bank (The) |
| 93 | Northwest Bank |

**Bank Code        O.**

| | |
|---|---|
| 653 | OceanFirst Bank |
| 489 | OMEGA Federal Credit Union |
| 94 | Orrstown Bank |

**Bank Code        P.**

| | |
|---|---|
| **598** | **PARKE BANK** |
| 584 | Parkview Community Federal Credit Union |
| 40 | Penn Community Bank |
| 540 | PennCrest Bank |
| 419 | Pennian Bank |
| 447 | Peoples Security Bank & Trust Company |
| 99 | PeoplesBank, a Codorus Valley Company |
| 556 | Philadelphia Federal Credit Union |
| 448 | Phoenixville Federal Bank & Trust |
| 665 | Pinnacle Bank |
| 79 | PNC Bank, NA |
| 449 | Port Richmond Savings |
| 451 | Progressive-Home Federal Savings & Loan Association |
| 637 | Provident Bank |
| 456 | Prudential Savings Bank |
| 491 | PS Bank |

**Bank Code        Q.**

| | |
|---|---|
| 107 | QNB Bank |
| 560 | Quaint Oak Bank |

**Bank Code        R.**

| | |
|---|---|
| 452 | Reliance Savings Bank |
| 220 | Republic First Bank d/b/a Republic Bank |
| 628 | Riverview Bank |

**Bank Code        S.**

| | |
|---|---|
| 153 | S & T Bank |
| 316 | Santander Bank, NA |
| 460 | Second Federal S & L Association of Philadelphia |
| 646 | Service 1st Federal Credit Union |
| 458 | Sharon Bank |
| 462 | Slovenian Savings & Loan Association of Franklin-Conemaugh |
| **486** | **SOMERSET TRUST COMPANY** |
| 633 | SSB Bank |
| **518** | **STANDARD BANK, PASB** |
| 440 | SunTrust Bank |
| **122** | **SUSQUEHANNA COMMUNITY BANK** |

**Bank Code        T.**

| | |
|---|---|
| 143 | TD Bank, NA |
| **656** | **TIOGA FRANKLIN SAVINGS BANK** |
| **182** | **TOMPKINS VIST BANK** |
| 609 | Tristate Capital Bank |
| 640 | TruMark Financial Credit Union |
| 467 | Turbotville National Bank (The) |

**Bank Code        U.**

| | |
|---|---|
| 483 | UNB Bank |
| 481 | Union Building and Loan Savings Bank |
| 634 | United Bank, Inc. |
| 472 | United Bank of Philadelphia |
| 475 | United Savings Bank |
| 600 | Unity Bank |
| 232 | Univest Bank & Trust Co. |

**Bank Code        V.**

| | |
|---|---|
| 611 | Victory Bank (The) |

**Bank Code    W.**

**119    WASHINGTON FINANCIAL BANK**
121    Wayne Bank
631    Wells Fargo Bank, NA
553    WesBanco Bank, Inc.
494    West View Savings Bank
473    Westmoreland Federal S & L Association
476    William Penn Bank
272    Woodlands Bank
**573    WOORI AMERICA BANK**
630    WSFS (Wilmington Savings Fund Society), FSB


**Bank Code    X.**


**Bank Code    Y.**

577    York Traditions Bank


**Bank Code    Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program.  These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts.  They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic.  If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA   17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.